DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ENET 1, LLC,**
Appellant,

v.

**DAVID DIMECO,**
Appellee.

Nos. 4D17-3300 & 4D17-3301

[October 18, 2018]

Consolidated appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Raag Singhal, Judge; L.T. Case No. CACE1600827321.

Michael L. Feinstein of Michael L. Feinstein, P.A, Fort Lauderdale, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, CONNER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***